**DISMISS and Opinion Filed May 3, 2024**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-01211-CV**

**IN THE INTEREST OF B.R., S.R. AND S.R., CHILDREN**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-11159**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Carlyle
Opinion by Justice Carlyle

By motion filed April 18, 2024, appellant asks the Court to either dismiss this appeal or affirm the trial court's judgment and grant appellant judgment for costs. We grant the motion to the extent we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

231211F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF B.R., S.R. AND S.R., CHILDREN

No. 05-23-01211-CV

On Appeal from the 256th Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-12-11159. Opinion delivered by Justice Carlyle, Justices Partida-Kipness and Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered May 3, 2024.